# KATHLEEN PALMER

September 20, 2021

To Whom It May Concern:

It is an honor and with great pleasure that I submit this letter of character for Odell Anderson the father of Jshon T. Long Anderson and Zaniya Anderson. As the Director of the Spirit of Faith Christian Center (SOFCC) Youth Choir, I have known Jshon and Zaniya for more than 4 years. I have witnessed both develop into a young, kind, and respectful persons having a supportive father Mr. Anderson. The two of them have a great personality, loveable and beautiful spirit.

Jshon and Zaniya are very active in the music ministry and participate consistently in the different events with the youth choir such as the Winter Production, Black History, and many musical concerts.  It is my belief that Mr. Anderson is a great impact in their life and training them to be involved in the church which is a haven to having a bright future and being influential to their generation.

If you need additional information, please contact me at the number above and/or email kpcookie102@gmail.com

Sincerely,

//s// *Kathleen Palmer*
Minister Kathleen Palmer
Spirit of Faith Christian Center
Director of Youth/Teen Choirs



Brothas Huddle LLC
1210 I Street SE
Washington, DC  20003


September 19, 2021


To Whom It May Concern:

It is my pleasure to write this letter on behalf of Odell S. Anderson Sr.  I have known Mr. Anderson, for over 7 years in which he's demonstrated to be an outstanding father, mentor  and  football coach to the youth .

    Mr. Anderson,  is utterly trust worthy as a parent, I've witnessed this first hand, because he has stepped in to assist with my  kids on countless occasions, know questions asked.   He's reliable and always sincere with actions bar none.   Mr. Anderson has volunteered for my organization in which he has demonstrated to be a remarkable leader within the company providing exceptional interpersonal skills to aid it's needs.

In conclusion, I fully support  Mr. Anderson, with  all his future endeavors,  he's a proven leader, and contributor  in the community and within my organization.


Sincerely,
*Abdul Kareem Muhammad*
Abdul Kareem Muhammad CEO
Contact: 202.390.0813
Email:Akamuhammad911@gmail.com

September 20, 2021

To Whom It May Concern:

I have had the pleasure of knowing Mr. Odell S. Anderson, Sr. for approximately seven (7) years. Our acquaintance began because his son J'shon and my grandson Mark are good friends attending the same school at the time. Mark & J'shon remains good friends to this day and Odell would either drop off or pick up Mark and vice versa on my part. Odell is a father that lovingly educates his child instilling the importance of respect, manners, education and being responsible. In addition, his compassion for all of this doesn't just stem with his child(ren), but he has also extended his fatherly ways with ALL children he encounters. As a single grandmother, Odell's male presence has been a great assistance to me with my grandson. This shows how much of a good friend Odell has been. Odell also attends a faith-based church that he talks about with great excitement and is quite committed to. Another take away about Odell and I must not leave out is the fact that Odell is an extremely hard worker. As a business owner, he manages every aspect of his life with a healthy balance.

If you have any additional questions, please feel free to reach me at dholmes10425@gmail.com or 202-578-0594.

Sincerely,

Dahlicia Holmes

To: Whom It May Concern

From: Donald Grant

Re: Odell Anderson

Hello,

My name is Donald Grant. I am a 52 year old ordained Minister, and a very productive member of society. I am writing this note to inform you of the great character that Odell Anderson possesses. I have known him, as a faithful member of our congregation, for many years. I can attest to his kind and gentle spirit not only as a husband, man, and friend, but most importantly as a Father. I have seen his commitment to not only his children, but also many other children in the community. I have witnessed him as a volunteer youth football coach, which the team did not even include his own son, but his desire is to really be an example and mentor to the next generation.

I have also had the pleasure of seeing him interact with his daughter, and the admiration was equal. He has been a very active member of our church community, furthering his education by taking many classes within the ministry, as well as volunteering his time and talents to help other's in the church as well. I would vouch for this man's character any day of the week, because I have witnessed his actions and good deeds first hand, and not just have heard about it. Please let me know if you have any questions or concerns. Thanks.

Sincerely,

*Donald Grant* (signature)

Donald Grant

September 20, 2021

I am writing this letter on behalf of my business client and friend Odell Anderson.

My name is Tiffany Johnson and I am a Senior Relationship Banker at Branch Banking & Trust. I met Mr. Anderson October 18, 2018. I am pleased to say during the time that I have known Mr. Anderson, I came to realize how caring, hardworking, and thoughtful he is overall. Whenever Mr. Anderson has his two younger children they would come with their dad while he would do his transactions. During that time I would have the pleasure to sit down with both children and have multiple conversations. The children are always excited to tell me the different adventures that they experience with their father.

From Mr. Anderson kids I've learned that he gives them allowances weekly. He would often take them to different stores of their choice to make purchases of whatever their heart desire as long as they are keeping their grades up in school . From academics, football, cheerleading, and the church youth program Mr. Anderson is very involved when it comes to his kids. Not only is he involved with his own children he mentor's and help the youth within his community. From what I know there is no reason at all to suspect that Mr. Anderson mistreats or abuse his children.

To that end, please feel free to contact me if needed.

Tiffany Johnson

9395 Lanham Severn Rd

Lanham, MD 20706

(301) 577-2109

Tajohnson1229@yahoo.com

[-Private-]



Charles W. Jester (JR)
Shoreline Vinyl Systems/Shoreline Transport LLC.
Transportation Manager
1114 Park Lane
Denton, MD 21629

DATE: July 12, 2021

To Whom it may concern:

    My name is Charles W. Jester (JR), Transportation Manager with Shoreline Vinyl Systems/Shoreline Transport 1114 Park Lane Denton, MD 21629, for the last 5 years. I have known Odell Anderson since October 2018 when he hauled his first load for Shoreline Transport.
    Odell Anderson has always shown the absolute highest standard of professionalism in the last 3 years hauling for Shoreline Transport. He has always been very polite and very ambitious. His attitude towards his life and other persons has been remarkable. I can confirm that in the past 3 years of knowing Odell Anderson, he has been a reliable, trustworthy and all-around great person to deal with.
    In conclusion, I would like to thank you for taking the time to read this letter and learn about Odell Anderson's character. He has been an absolute pleasure to work with. If you would like to confirm the facts that I have stated, my contact information is listed below.

Sincerely,

*[signature]*

CHARLES W. JESTER (JR)
jr@shorelinevinyl.com   cell# 410-829-4307

1114 Park Lane
Denton, Maryland 21629

Phone: (410) 364-9050
Fax:   (410) 634-9318

To Whom This May Concern:

I have worked with Odell Anderson for over a year, he has been my go to driver for most of East Coast and OTR runs. Odell is very easy to work with, always keeps great communication through each project he was assigned to.

Thank You,

Monika Hedlund

Southlands Transport Inc

708-539-9985

## Christopher Griffiths

**From:** Odell Anderson Sr. <odellanderson3@gmail.com>
**Sent:** Monday, September 20, 2021 9:25 AM
**To:** Christopher Griffiths
**Subject:** Character Letter for Odell Anderson's Older kids Mother Fwd: To whom it may concern,

Sent from my iPhone

Begin forwarded message:

> **From:** Teresa McCrimmon <twoflytee@yahoo.com>
> **Date:** September 20, 2021 at 9:16:21 AM EDT
> **To:** odellanderson3@gmail.com
> **Subject: To whom it may concern,**
>
> To whom it may concern,
>
> My name is Teresa McCrimmon and I am proud to offer my recommendation of Odell S. Anderson Sr. to whom I have personally known for over 30 years as my children's father. He has younger children that he takes care of on a regular basis. He often visits from time to time and he always have them with him. We have grandchildren in common and he's very gracious towards them in birthdays and holidays. I have never known him to be abusive towards any of his children. He works hard and is a family person.
>
> Please do not hesitate to call if you require further information.
>
> Thanks,
>
>
> Teresa A. McCrimmon            7308 Hawthorne Street
> Landover, Maryland 20785
> (202) 553 - 0336
> twoflytee@yahoo.com
>
>
> Sent from my iPhone

1

## Christopher Griffiths

**From:** Odell Anderson Sr. <odellanderson3@gmail.com>
**Sent:** Thursday, September 16, 2021 2:58 PM
**To:** Christopher Griffiths
**Subject:** Fwd: Character Letter for O'Dell Anderson

Sent from my iPhone

Begin forwarded message:

> **From:** squashallbeefs <squashallbeefs@yahoo.com>
> **Date:** September 16, 2021 at 11:51:25 AM EDT
> **To:** odellanderson3@gmail.com
> **Subject: FW: Character Letter for O'Dell Anderson**
>
> Sent from my Sprint Samsung Galaxy Note10+.
>
> -------- Original message --------
> From: squashallbeefs <squashallbeefs@yahoo.com>
> Date: 9/16/21 11:43 AM (GMT-05:00)
> To: squashallbeefs@yahoo.com
> Subject: Character Letter for O'Dell Anderson
>
> To whom it may concern,I Harold Redd (President of the Metro Bengals Youth Program) will like to express my opinion on the Character of Coach O'Dell Anderson. I've known Coach Odell for 7 years and have known him to be a positive reinforcement to the youth in the community. Coach Odell has always been seen as a Big Brother to most of the young boys in the Community. He has a very good connection with the parents and the Family of the youth,and has always been a favorite of the community. Anytime Coach Odell is called on to respond to the youth he always rise to the occasion. Coach Odell can be found on multiple occasions helping the youth on and off the field.He has been a Coach and a great asset to the Metro Bengals Program. Words can't describe the role and Impact that Coach Odell has on the Program and the Community in which he lives. Thanks for allowing us to speak on behalf of such a genuinely good man for our youth.
> Thanks Harold Redd (President of the Metro Bengals)
>
> Sent from my Sprint Samsung Galaxy Note10+.