# *EXHIBIT A:*
# *ANDERSON: Select Dogs & Items Seized June 1, 2016*

1

DC-A1 aka "Cookie Monster"



DF_OA_SW_0000207

## DC-A1 aka "Cookie Monster" aka "Dr. Pooh's GR Ch. Cookie"



DF_OA_SW_0000611



DF_OA_SW_0000203

Photo of Anderson's dog that he texted to other dog fighters in
January 2016, referring to the dog as "Dr. Pooh's GR Ch. Cookie"
DF_OA_SW_0045636



DF_OA_SW_0000210



DF_OA_SW_0000291



DF_OA_SW_0000198



DF_OA_SW_0000233



DF_OA_SW_0000228

DC-A3 aka "Dr. Pooh's GR Ch. Candyman"



DF_OA_SW_0000243



DF_OA_SW_0000273

## DC-A3 aka "Dr. Pooh's GR Ch. Candyman"



Photo of Anderson's dog when seized June 2016
DF_OA_SW_0000241



Photo of Anderson's dog that he texted to other dog
fighters in January 2016, referring to the dog as
"Dr. Pooh's GR Ch. Candyman"
DF_OA_SW_00045637



DF_OA_SW_0000274

DF_OA_SW_0000280



DF_OA_SW_0000285

DF_OA_SW_0000282



DF_OA_SW_0000360



DF_OA_SW_0000363



DF_OA_SW_0001761



DF_OA_SW_001764



DF_OA_SW_0000093



DF_OA_SW_0000094



DF_OA_SW_001775



DF_OA_SW_001756

*ANDERSON: Select photos from his electronics,*
*seized June 1, 2016*



Cookie Monster              Texted post-fight 4/4/2016
DF_OA_SW_0045324



Texted pre-fight 2/23/2016 ;
Son in the background          DF_OA_SW_0045311

Training Photos of fighting dog "Cookie Monster" Anderson texted to others in 2016 before April 2016 fight



DF_OA_SW_0045314



DF_OA_SW_0045319



DF_OA_SW_0045634

## Metadata shows photos saved/transferred to phone in 2015



DF_OA_SW_0044684



DF_OA_SW_0044697

# Metadata shows photos saved/transferred to phone in 10/2014 Photos from Anderson's backyard.



This photo was also saved on Powe's phone in 2015
DF_OA_SW_0043901



DF_OA_SW_0043902



DF_OA_SW_0043935



DF_OA_SW_0043907



2014                DF_OA_SW_0043913



DF_OA_SW_0043912



DF_OA_SW_0043944



DF_OA_SW_0044643

January –February 2016:  Puppies he advertised for sale.



Anderson texted the photo with the description: "Jeep/redboy pups" – indicating the bloodline breeding matchup

DF_OA_SW_0044643

25

Photos taken of dogs in Anderson's backyard and transferred to one of his phones in October 2014.



DF_OA_SW_0043930



DF_OA_SW_0043932

Photos transferred to one of his phones in October 2014.
The dog is wearing the weighted collar seized from his residence.





A series of photos taken by Anderson of this dog with weighted training collar    DF_OA_SW_0044668

DF_OA_SW_0044664

January 23, 2016: a series of photos he texted to other dog fighters showing the dogs in his backyard and referring to the dog houses as "boxes." The setup remained the same (but with different dogs) when agents searched his residence in June 2016.



Defendant's text with photo: "Mook's"



Defendant's text with photo: "Taffy's"



Defendant's text with photo: "Pup pup box"



Defendant's text with photo: "Pups kennel"